Court of Criminal Appeals of Texas.

Feb. 3, 1954.

## SOWELL v. STATE.
### No. 26820.

Court of Criminal Appeals of Texas.

Feb. 3, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor; the punishment assessed is a fine of $150.

The record is before us without a statement of facts or bills of exception. In the absence thereof nothing is presented for review.

The judgment of the trial court is therefore affirmed.